ROSENBLATT *v.* AMERICAN CYANAMID CO.

No. 501. Decided November 15, 1965.

*E. Barrett Prettyman, Jr.,* and *Thomas J. O'Toole* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE HARLAN took no part in the consideration or decision of this case.